UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LLOYD THOMAS BERNHARD, II, | No. 2:25-cv-01465-DC-SCR |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| COUNTY OF SAN JOAQUIN, et al., | |
| Defendants. | |

Plaintiff is proceeding pro se in this matter, which is referred to the undersigned pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). The record reflects that more than 90 days have passed since the filing of this action and no return/proof of service is on file, nor has any Defendant appeared. Accordingly, Plaintiff shall show cause why the action should not be dismissed for failure to effect service pursuant to Federal Rule of Civil Procedure 4(m).

**I. Time Limit for Service**

Plaintiff filed this action on May 27, 2025. ECF No. 1. Summons issued on May 27, 2025. ECF No. 2. Federal Rule of Civil Procedure 4(l) states that "proof of service must be made to the court." Federal Rule of Civil Procedure 4(m) provides in relevant part: "If a defendant is not served within 90 days after the complaint is filed, the court--on motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for

1

the failure, the court must extend the time for service for an appropriate period." On July 28, 2025, Plaintiff filed a motion for a 90-day extension of time to complete service. ECF No. 4. The Court found the motion did not demonstrate good cause and denied the motion. ECF No. 5. The 90 days in which to effect service expired on August 25, 2025. Plaintiff has not filed returns/proof of service, nor has Plaintiff submitted a renewed motion for extension of time that demonstrates good cause.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiff shall show cause, in writing, **within 14 days** of the date of this Order, why this action should not be dismissed based on failure to effect service.
2. Plaintiff shall respond by filing either: 1) a brief, not to exceed 5 pages, explaining why he has not completed service, and demonstrating good cause for an extension of time; or 2) returns/proof of service as to all Defendants who have been served.
3. If Plaintiff fails to respond, the court will recommend dismissal of the action.

SO ORDERED.

DATED: September 2, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE