UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LLOYD THOMAS BERNHARD, II, | No. 2:25-cv-01465-DC-SCR |
| Plaintiff, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| COUNTY OF SAN JOAQUIN, et al., | |
| Defendants. | |

Plaintiff is proceeding pro se in this matter, which is referred to the undersigned pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). The record reflects that more than 90 days have passed since the filing of this action and no return/proof of service is on file, nor has any Defendant appeared. Additionally, Plaintiff did not respond to the Court's Order to Show Cause (OSC) issued on September 3, 2025. Accordingly, the Court recommends that this action be dismissed for failure to effect service pursuant to Federal Rule of Civil Procedure 4(m).

**I. Time Limit for Service**

Plaintiff filed this action on May 27, 2025. ECF No. 1. Summons issued on the same day. ECF No. 2. Federal Rule of Civil Procedure 4(l) states that "proof of service must be made to the court." Federal Rule of Civil Procedure 4(m) provides in relevant part: "If a defendant is not served within 90 days after the complaint is filed, the court--on motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order

that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." On July 28, 2025, Plaintiff filed a motion for a 90-day extension of time to complete service. ECF No. 4. The Court found the motion did not demonstrate good cause and denied the motion. ECF No. 5. The 90 days in which to effect service expired on August 25, 2025. The Court then issued an OSC on September 3, 2025, directing Plaintiff to show cause within 14 days as to why the action should not be dismissed. Plaintiff did not respond to the OSC, and now more than four months have passed since the filing of the action and Plaintiff has not filed returns/proof of service.

Therefore, **IT IS HEREBY RECOMMENDED** that:

1. This action be dismissed, without prejudice, for failure to effect service pursuant to Federal Rule of Civil Procedure 4(m); and
2. The Clerk be directed to enter Judgment and close this case.

These findings and recommendations are submitted to the United States District Judge assigned to this case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). **Within fourteen (14) days** after being served with these findings and recommendations, either party may file written objections with the court. Such document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Local Rule 304(d). The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

DATED: October 1, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE