UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LLOYD THOMAS BERNHARD, II,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN JOAQUIN, et al.,<br><br>Defendants. | No. 2:25-cv-01465-DC-SCR (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 7) |

Plaintiff Lloyd Thomas Bernhard, II, is proceeding *pro se* in this matter, which was referred to the magistrate judge pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

On October 2, 2025, the magistrate judge filed findings and recommendations, which were served on Plaintiff and contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen (14) days. (Doc. No. 7.) Plaintiff has not filed objections to the findings and recommendations, and the time to do so has passed.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

    1.     The findings and recommendations filed on October 2, 2025 (Doc. No. 7) are ADOPTED IN FULL;

    2.     This action is dismissed without prejudice, for failure to effect service pursuant to

Federal Rule of Civil Procedure 4(m); and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: __**December 11, 2025**__

_____
Dena Coggins
United States District Judge

2